UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John Russell, et al.
Plaintiff,

Vs. Case No. CA04-126T

Ronald L. Wunschel, et al.
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- E, F, G, J, and K.

David A. DiMarzio, Clerk

Signature of Attorney
Date:

Deputy Clerk